**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dilip V. Williams <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-11263 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Shellpoint Mortgage Servicing as servicer for New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                         Respectfully submitted,

                                         **<u>/s/ Kevin G. McDonald, Esq.</u>**
                                         Kevin G. McDonald, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322