# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 19-11263-AMC

DILIP V WILLIAMS

205 MILBURY ROAD

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DILIP V WILLIAMS

    205 MILBURY ROAD

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087-

                                                  /S/ William C. Miller

Date: 9/5/2019                           _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee