**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Dilip Williams** | **: CHAPTER 13** |
| **Debtors** | **: BANKRUPTCY NO. 19-11263** |

**APPLICATION FOR COMPENSATION OF ATTORNEY'S FEES**

Gary E. Thompson, Esquire applies under Section 330 of the Bankruptcy Code for an award of compensation and represents:

1.    Applicant is counsel for the debtor.

2.    The debtor filed a petition under Chapter 13 of the Bankruptcy Code on March 1, 2019.

3.    The debtor's annualized current monthly income as set forth on Form B22C is:

   __X__    above median (the amount on line 15 is not less than the amount on line 16)

   _____ below median (the amount on line 15 is less than the amount on line 16).

4.    All services rendered for which compensation is requested were performed or incurred for or on behalf of the debtor, the services were actual and necessary, and the compensation requested for those services is reasonable.

5.    Applicant requests an award of compensation of $3500.00 for providing legal services including, but not limited to, the following:

>   Consultation and planning, preparation of Chapter 13 petition, amendments, multiple meetings and/or telephone conversations with debtor, preparation and review of Chapter 13 Plan, attendance at creditors meeting, review of proof of claims, subsequent petition amendments.  The aforementioned is consistent with the Fed.R.Bankr.P.2016(b) statement.

6.    The debtor paid Applicant $2000.00 to date.

7.    A copy of the Applicant's disclosure of compensation pursuant to Fed.R.Bankr.P.2016(b) is attached hereto as Exhibit "A."

8.    None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. Section 504 (c) applies.

WHEREFORE, Applicant requests an award of $1500.00 in compensation for the above.

Dated: 8/23/22

/s/ Gary E. Thompson
Gary E. Thompson
882 S. Matlack Street, Ste 101
West Chester, PA 19382
610-688-1111
610-975-0826(F)