# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Dilip Williams** | **: CHAPTER 13** |
| Debtors | **: BANKRUPTCY NO. 19-11263** |

## NOTICE OF APPLICATION

**TO THE DEBTOR(S), CHAPTER 13 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

Pursuant to National Bankruptcy Rule 2002 (a)(7) and Local Bankruptcy Rule 2002.2, you are hereby notified that counsel for the above listed Debtor(s), has filed an Application for Counsel Fees in the following amount:

Total counsel fees (exclusive of $310.00 filing fee): $3500.00($1500.00 into Plan)

You are further notified than any objection or request for hearing on the Application must be filed with the U.S. Bankruptcy Clerk, 900 Market Street, Suite 400, Philadelphia, PA 19107 within twenty (20) days of service of this Notice. A copy of any Objection must be served upon counsel for Debtor(s).

/s/ Gary E. Thompson
GARY E. THOMPSON
ATTORNEY FOR DEBTOR(S)

Date: 8/23/22