# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Dilip Williams**                          :    CHAPTER 13
       **Debtors**                                          :    BANKRUPTCY NO.  19-11263

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

                                             /s/ Gary E. Thompson
                                             GARY E. THOMPSON
                                             ATTORNEY FOR DEBTOR(S)

Date: 8/23/22

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix