United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11263-amc |
| Dilip V. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 27, 2022 | Form ID: 155 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dilip V. Williams, 205 Milbury Road, Coatesville, PA 19320-5613 |
| 14281150 | + | Brandywine Hospital, POB 503540, St Louis, MO 63150-3540 |
| 14281151 | + | Bryn Mawr Hospital, C/O ProCo, POB 2462, Aston, PA 19014-0462 |
| 14281154 |   | Chester County Denistry for Children, 105 Dowlin Road, Exton, PA 19341 |
| 14281156 | + | Court of Common Pleas-, Chester County Adult Probation, POB 2746, West Chester, PA 19380-0989 |
| 14281158 | + | Dental Comfort Zone, 3554 Hulmeville Road, Ste 111, Bensalem, PA 19020-4366 |
| 14281159 | + | Direct Loan Service, POB 5609, Greenville, TX 75403-5609 |
| 14281160 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14288770 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14281163 | + | Grssy Sprains Inc, 640 Tuckahoe Road, Yonkers, NY 10710-5705 |
| 14281166 | + | Loan Depot, POB 77404, Trenton, NJ 08628-6404 |
| 14281168 | + | NelNet, Dept. of Education, POB 740283, Atlanta, GA 30374-0283 |
| 14281169 | + | New Rez LLC, POB 740039, Cincinnati, OH 45274-0039 |
| 14281171 |   | Police & Fire FCU, 4 Greenwood Square, 3325 Street Rd, Bensalem, PA 19020 |
| 14299232 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14281173 | + | Radius Global Solutions, 50 W. Skippack Pike, Ambler, PA 19002-5151 |
| 14323799 | + | Shellpoint Mortgage Servicing, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14281177 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, UHEAA, POB 510407, Salt Lake City, UT 84151 |
| 14281178 |   | Washington Mutual, 150 JFK Drive, Orange, NJ 07050 |
| 14281179 | + | Wellesley College, 2277 E. 220th Street, Long Beach, CA 90810-1639 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14281148 | + | Email/Text: legal@arsnational.com | Sep 27 2022 23:42:00 | ARS National Services, 201 W. Grand Avenue, Escondido, CA 92025-2603 |
| 14281146 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:45:25 | Amazon/GECRB, POB 960013, Orlando, FL 32896-0013 |
| 14281147 | + | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:45:22 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14320200 |   | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:45:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14316224 |   | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 23:45:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14281149 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2022 23:42:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14293613 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2022 23:45:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-11263-amc   Doc 45   Filed 09/29/22   Entered 09/30/22 00:32:17   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 155 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 14281152 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2022 23:45:30 | Capital One/HSBC, POB 30285, Salt Lake City, UT 84130-0285 |
| 14303461 | + | Email/Text: RASEBN@raslg.com | Sep 27 2022 23:42:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14281155 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2022 23:45:23 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14281157 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2022 23:45:22 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 14284137 | | Email/Text: mrdiscen@discover.com | Sep 27 2022 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14281161 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2022 23:45:30 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14281162 | | Email/Text: GCSBankruptcy@gcserv.com | Sep 27 2022 23:42:00 | GC Services LP, 6330 Gulfton, Houston, TX 77081 |
| 14281164 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:45:21 | JC Penney/GE Capital, POB 960001, Orlando, FL 32896-0001 |
| 14281153 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2022 23:45:25 | Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14293069 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 23:45:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14281165 | + | Email/Text: govtaudits@labcorp.com | Sep 27 2022 23:42:00 | Laboratory Corp. Of America, POB 2240, Burlington, NC 27216-2240 |
| 14281167 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:45:30 | Lowes, Ge Capital, POB 530914, Atlanta, GA 30353-0914 |
| 14323187 | | Email/Text: mtgbk@shellpointmtg.com | Sep 27 2022 23:42:00 | New Residential Mortgage, LLC, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14350611 | | Email/Text: mtgbk@shellpointmtg.com | Sep 27 2022 23:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14281170 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:45:21 | PC Richard, SYNCB, POB 965036, Orlando, FL 32896-5036 |
| 14281172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:45:26 | Portfolio Recovery, POB 41067, Norfolk, VA 23541 |
| 14322239 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:45:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14301846 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2022 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14290779 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2022 23:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14281174 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 27 2022 23:42:00 | Retrieval Master Creditors Bureau, 4 West Chester Plaza, Elmsford, NY 10523-1612 |
| 14281859 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:45:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14281675 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:45:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14281175 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 27 2022 23:42:00 | Toyota Financial, POB 5855, Carol Stream, IL 60197 |

Case 19-11263-amc   Doc 45   Filed 09/29/22   Entered 09/30/22 00:32:17   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 155 | Total Noticed: 53 |

| 14304679 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 27 2022 23:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|
| 14304711 | + Email/Text: electronicbkydocs@nelnet.net | Sep 27 2022 23:42:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Steet, Suite 201, Lincoln, NE 68508-1911 |
| 14293398 | + Email/Text: ECMCBKNotices@ecmc.org | Sep 27 2022 23:42:00 | UHEAA ON BEHALF OF ECMC, PO BOX 16408, ST PAUL, MN 55116-0408 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14281176 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial, POB 5855, Carol Stream, IL 60197 |
| 14310227 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| GARY E. THOMPSON | on behalf of Debtor Dilip V. Williams get24esq@aol.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dilip V. Williams
      Debtor(s)

Chapter: 13

Bankruptcy No: 19−11263−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 19,2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Ashely M. Chan
                                                Judge ,
                                                United States Bankruptcy Court