Certificate Number: 05781-PAE-DE-037936119

Bankruptcy Case Number: 19-11263



05781-PAE-DE-037936119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2023, at 11:21 o'clock AM PST, Dilip Williams completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 13, 2023         By:   /s/Allison M Geving

                                 Name: Allison M Geving

                                 Title: President