United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dilip V. Williams  
    Debtor

Case No. 19-11263-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 13, 2024      Form ID: 138OBJ      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dilip V. Williams, 205 Milbury Road, Coatesville, PA 19320-5613 |
| 14281150 | + | Brandywine Hospital, POB 503540, St Louis, MO 63150-3540 |
| 14281151 | + | Bryn Mawr Hospital, C/O ProCo, POB 2462, Aston, PA 19014-0462 |
| 14281154 | | Chester County Denistry for Children, 105 Dowlin Road, Exton, PA 19341 |
| 14281156 | + | Court of Common Pleas-, Chester County Adult Probation, POB 2746, West Chester, PA 19380-0989 |
| 14281158 | + | Dental Comfort Zone, 3554 Hulmeville Road, Ste 111, Bensalem, PA 19020-4366 |
| 14281159 | + | Direct Loan Service, POB 5609, Greenville, TX 75403-5609 |
| 14281160 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14281163 | + | Grssy Sprains Inc, 640 Tuckahoe Road, Yonkers, NY 10710-5705 |
| 14281169 | + | New Rez LLC, POB 740039, Cincinnati, OH 45274-0039 |
| 14281171 | | Police & Fire FCU, 4 Greenwood Square, 3325 Street Rd, Bensalem, PA 19020 |
| 14281173 | + | Radius Global Solutions, 50 W. Skippack Pike, Ambler, PA 19002-5151 |
| 14281174 | + | Retrieval Master Creditors Bureau, 4 West Chester Plaza, Elmsford, NY 10523-1612 |
| 14323799 | + | Shellpoint Mortgage Servicing, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14281675 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14281177 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, UHEAA, POB 510407, Salt Lake City, UT 84151 |
| 14281178 | | Washington Mutual, 150 JFK Drive, Orange, NJ 07050 |
| 14281179 | + | Wellesley College, 2277 E. 220th Street, Long Beach, CA 90810-1639 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 14 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14281148 | + | Email/Text: legal@arsnational.com | Feb 14 2024 00:23:00 | ARS National Services, 201 W. Grand Avenue, Escondido, CA 92025-2603 |
| 14281146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2024 00:36:13 | Amazon/GECRB, POB 960013, Orlando, FL 32896-0013 |
| 14281147 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2024 00:36:25 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14320200 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2024 00:36:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14316224 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2024 00:36:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 19-11263-amc   Doc 54   Filed 02/15/24   Entered 02/16/24 00:36:01   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 14281149 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 14 2024 00:23:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14293613 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2024 00:36:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14281152 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2024 00:36:14 | Capital One/HSBC, POB 30285, Salt Lake City, UT 84130-0285 |
| 14303461 | + | Email/Text: RASEBN@raslg.com | Feb 14 2024 00:22:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14281155 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2024 00:36:24 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14281157 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2024 00:36:14 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 14284137 | | Email/Text: mrdiscen@discover.com | Feb 14 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14281161 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 14 2024 00:36:14 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14281162 | | Email/Text: GCSBankruptcy@gcserv.com | Feb 14 2024 00:22:00 | GC Services LP, 6330 Gulfton, Houston, TX 77081 |
| 14288770 | + | Email/Text: tg@purchasedebt.com | Feb 14 2024 00:23:00 | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14281164 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2024 00:36:23 | JC Penney/GE Capital, POB 960001, Orlando, FL 32896-0001 |
| 14281153 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 14 2024 00:36:18 | Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14281165 | | Email/Text: govtaudits@labcorp.com | Feb 14 2024 00:23:00 | Laboratory Corp. Of America, POB 2240, Burlington, NC 27216 |
| 14293069 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2024 00:36:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14281166 | ^ | MEBN | Feb 14 2024 00:20:13 | Loan Depot, POB 77404, Trenton, NJ 08628-6404 |
| 14281167 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2024 00:36:22 | Lowes, Ge Capital, POB 530914, Atlanta, GA 30353-0914 |
| 14281168 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 14 2024 00:23:00 | NelNet, Dept. of Education, POB 740283, Atlanta, GA 30374-0283 |
| 14323187 | | Email/Text: mtgbk@shellpointmtg.com | Feb 14 2024 00:22:00 | New Residential Mortgage, LLC, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14350611 | | Email/Text: mtgbk@shellpointmtg.com | Feb 14 2024 00:22:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14281170 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2024 00:36:22 | PC Richard, SYNCB, POB 965036, Orlando, FL 32896-5036 |
| 14281172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2024 00:36:14 | Portfolio Recovery, POB 41067, Norfolk, VA 23541 |
| 14322239 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2024 00:36:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14299232 | + | Email/Text: bankruptcy1@pffcu.org | Feb 14 2024 00:23:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14301846 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 14 2024 00:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | 56302-7999 |
| 14290779 | | Email/Text: bnc-quantum@quantum3group.com | Feb 14 2024 00:23:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14281859 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2024 00:36:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14281175 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 14 2024 00:23:00 | Toyota Financial, POB 5855, Carol Stream, IL 60197-5855 |
| 14304679 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 14 2024 00:22:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14304711 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 14 2024 00:23:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Steet, Suite 201, Lincoln, NE 68508-1911 |
| 14293398 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 14 2024 00:23:00 | UHEAA ON BEHALF OF ECMC, PO BOX 16408, ST PAUL, MN 55116-0408 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14281176 | *+ | Toyota Financial, POB 5855, Carol Stream, IL 60197-5855 |
| 14310227 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com |
| GARY E. THOMPSON | on behalf of Debtor Dilip V. Williams get24esq@aol.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dilip V. Williams
        Debtor(s)                                                  Case No: 19−11263−amc
                                                                                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/13/24